UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID TERPENING, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 5:21-CV-03739<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE<br><br>Judge:    Hon. Yvonne Gonzalez Rogers<br>Trial Date:  None Set |

Having considered the parties' Stipulated Motion to Transfer Venue, the Court finds that venue is appropriate in the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1404(a) and that transfer to that District will advance the convenience of the parties and witnesses, the interests of justice, and judicial economy because Defendant Amazon.com, Inc.'s principal place of business is located within that District and additional actions pending within the District are likely to concern substantially the same parties, property, transaction, or event as alleged in this action.

It is HEREBY ORDERED that:

1. The Stipulated Motion to Transfer Venue is GRANTED.

STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE

Case No.: 5:21-CV-03739

2. The Clerk of Court is directed to transfer this case to the United States District Court for the Western District of Washington under 28 U.S.C. § 1404(a).

3. All dates on this Court's calendar for this action shall be withdrawn in light of the transfer.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** DATED this 15th day of _July, 2021.

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE